Honorable Judge Jamal N Whitehead

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

ADAM MATTHEW STEWART,

Plaintiff,

v.

SACAMANO LLC d/b/a VICTIG BACKGROUND CHECKS;

Defendants.

**Case No.: 2:26-cv-01728-JNW**

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Sacamano LLC d/b/a Victig Background Cheks, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Sacamano LLC d/b/a Victig Background Cheks.

**IT IS SO ORDERED.**

Dated: October 2, 2026

HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE